No. 243.   SANSON HOSIERY MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.   *George M. Ethridge* for petitioner.   *Acting So-*

864

*licitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner and Bernard Dunau* for respondent.

